UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RODNEY GEORGE and PATSY GEORGE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.: ) ) **JURY TRIAL DEMANDED** |
| MICHELS CORPORATION, | ) ) ) |
| Defendant. | ) |

### NOTICE OF REMOVAL

YOU WILL PLEASE TAKE NOTICE that Defendant, Michels Corporation ("Michels"), removes this action from the State Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, based on the following facts:

### BACKGROUND

1. On July 9, 2014, Michels was served with a summons and Complaint in an action styled *Rodney George and Patsy George v. Michels Corporation*, Civil Action No. 15 EV 001794, filed July 9, 2015 in the State Court of Fulton County, Georgia (the "Fulton Action"). In the Complaint, Plaintiffs assert claims arising out of an October 14, 2013 accident involving Plaintiff Rodney George on a

construction site in Grand Forks County, North Dakota. Compl. ¶¶ 7-24. Specifically, the Complaint alleges that the accident and subsequent damages incurred by Plaintiffs were caused by the negligent actions of Michels in the offloading cargo from a truck driven by Plaintiff Rodney George. Compl. ¶¶ 7-24.

2. Plaintiffs filed the Fulton Action against Michels on July 9, 2015, alleging negligence and loss of consortium. Michels, through counsel, accepted service of the Complaint and Summons on July 10, 2015.

3. Since sustaining his injuries on October 14, 2013, Mr. George has, upon information and belief, received benefits from a workers' compensation insurance carrier, Old Republic Life Insurance Company ("Old Republic"). Before Plaintiffs filed the Fulton Action, on July 6, 2015, Old Republic filed a subrogation action in the United States District Court for the District of North Dakota, Eastern Division (the "North Dakota Action"). In the North Dakota Action, Old Republic seeks to recover sums that it alleges it has paid (and continues to pay) on behalf of Mr. George arising out of the October 14, 2013 accident.

4. The North Dakota Action names Michels and Minnkota Power Cooperative, Inc. ("Minnkota"), the owner of the site at which the accident occurred, as defendants. The North Dakota Action arises out of the same transaction or occurrence as the Fulton Action. Further, the North Dakota Action

asserts generally the same claims against Michels as the Fulton Action, based upon Old Republic's alleged contractual and equitable rights of subrogation.

## BASIS FOR REMOVAL

5.   The Fulton Action is removable to this Court under 28 U.S.C. § 1441; this Court has original jurisdiction over the claims asserted in the Fulton Action under 28 U.S.C. § 1332(a)(3), based on diversity of citizenship and an amount-in-controversy exceeding $75,000.00, exclusive of interest and costs.

6.   Complete diversity of citizenship exists because:

   a. Plaintiff Rodney George and Plaintiff Patsy George have at all times relevant to this action been citizens of the State of Georgia, residing at 21 Lakemont Drive, Newnan, Georgia 30263. Compl. ¶ 1.

   b. Defendant Michels Corporation is not a citizen of Georgia. Michels is, and was at the time this lawsuit was filed, a Wisconsin corporation with its principal place of business in Brownsville, Wisconsin.

7.   The amount-in-controversy in this action exceeds $75,000.00, exclusive of interest and costs, in that Plaintiffs are seeking damages for past and future medical expenses currently totaling $727,780.39, pain and suffering, loss of consortium, and lost wages totaling at least $60,000.00. Compl. ¶¶ 23-24. See

Williams v. Best Buy Co., 269 F.3d 1316, 1319 (11th Cir. 2001)("The district court may consider whether it is 'facially apparent' from the complaint that the jurisdictional amount is in controversy.") (quoting Sierminski v. Transouth Fin. Corp., 216 F.3d 945, 949 (11th Cir. 2000)).

8. Because the controversy in this civil action is wholly between citizens of different states, and because the amount-in-controversy exceeds $75,000.00 based on the allegations contained in the Complaint, exclusive of interest and costs, Michels may remove this case pursuant to 28 U.S.C. §§ 1332 and 1441.

## REMOVAL IS TIMELY

9. Michels timely files this Notice of Removal pursuant to 28. U.S.C. § 1446(b) because it is being filed within 30 days after Michels was served with Summons and Complaint on July 10, 2015.

## VENUE

10. The Northern District of Georgia, Atlanta Division, is the United States district and division embracing the State Court for Fulton County, State of Georgia, where this action was filed and is pending. See 28 U.S.C. § 90. Therefore, venue of this removed action is proper in this Court.

## CONSENT

11. Michels is the only defendant named in the underlying suit. Consent is therefore not necessary to remove this action.

## NOTICE TO THE STATE COURT

12. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice for Removal is being served on all adverse parties and filed with the Clerk of Court, State Court for Fulton County, State of Georgia, where this action was filed and is pending.

## STATE COURT FILINGS

13. Michels files herewith <u>Exhibit A</u> copies of all process served upon it in this action as a part of this Notice, including the Summons and Complaint.

WHEREFORE, Michels respectfully requests that this action in the State Court for Fulton County, Georgia, be removed to this Court, and that no further proceedings be had in the Georgia State Court.

Dated: August 7, 2015.

Respectfully submitted,

**MOORE INGRAM JOHNSON & STEELE, LLP**

_____
William R. Johnson
Ga. Bar No. 395967
D. Austin Gillis
Ga. Bar No. 141413

**WEINBERG WHEELER HUDGINS GUNN & DIAL**

_____ By DAG
Shannon V. Barrow
Ga. Bar No. 001326

*Attorneys for Michels Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned attorney does hereby certify that a true and correct copy of the foregoing **NOTICE OF REMOVAL** was duly served upon all parties in this matter by mailing a copy of same postage pre-paid via First Class U.S. Mail, addressed as follows:

**Attorney for Plaintiff**
Forrest B. Johnson, Esq.
Brant A. Barber, Esq.
Forrest B. Johnson & Associates
1745 Martin Luther King, Jr., Drive
Atlanta, Georgia 30314

This __7__ day of August, 2015.

_____
D. Austin Gillis

Emerson Overlook
326 Roswell Street, Suite 100
Marietta, Georgia  30060
Telephone:  (770) 429-1499
Facsimile:  (404) 429-8631